IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. MEO1353173.20**,<br><br>Plaintiff/Counter Defendant,<br><br>*v.*<br><br>**PEERSTAR, LLC,**<br><br>Defendant/Counter Claimant. | **CIVIL ACTION**<br><br>**NO. 22-1300-KSM** |

## ORDER

**AND NOW** this 9th day of January, 2023, upon consideration of the parties' motions for judgment on the pleadings (Doc. Nos. 13, 14, 15) and responses, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Certain Underwriters at Lloyd's London Subscribing to Policy No. MEO1353173.20's Motion for Judgment on the Pleadings (Doc. No. 13) is **GRANTED**.

2. Peerstar, LLC's Cross-Motion for Judgment on the Pleadings (Doc. Nos. 14, 15) is **DENIED**.

3. The Clerk of the Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.